```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

PETER DAVIDSON,

                Plaintiff,

vs.                              Case No.   2:05-cv-553-FtM-29DNF

PAUL BOLIEK, THE ESTATE OF CRAIG
MARSHALL, and  R. STEWARD,

                Defendants.
_____


**OPINION AND ORDER**

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #66), filed January 4, 2007, recommending that plaintiff's Motion to Amend Complaint (Doc. #58) be denied.  No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions de novo, even in the absence of an objection.  See Cooper-Houston v.

Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED**:

The Report and Recommendation (Doc. #66) is hereby **accepted** and **adopted** as if incorporated herein and plaintiff's Motion to Amend Complaint (Doc. #58) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this   22nd   day of January, 2007.

                                    _____
                                    JOHN E. STEELE
                                    United States District Judge

Copies:
Hon. Douglas N. Frazier
United States Magistrate Judge

Counsel of Record
Unrepresented parties